IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BONNIE W., <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | 4:23CV3187 <br><br> ORDER DENYING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME |

This case is before the Court on the Commissioner's Unopposed Motion for Extension of Time. Filing 15. The Commissioner seeks an extension of fourteen days or until April 12, 2024, "to respond to Plaintiff's Motion for Order Reversing the Commissioner's Decision (Filing No. 13)." Filing 15 at 1. The Commissioner explains that the extension is necessary because SSA agency counsel is unavailable to provide substantive support and assistance under the current deadline. Filing 15 at 1.

The Court points out that pursuant to General Order No. 2022-13, entered in this case at Filing 3, the Commissioner is required to file a motion for an order affirming the Commissioner's decision or granting other relief; there is no authorization for a response to Plaintiff's Motion. Filing 3 at 2. Indeed, the General Order specifically provides that apart from Plaintiff's Motion, the Commissioner's Motion, and any reply brief from Plaintiff, "[n]o other briefs or filings opposing or supporting a motion are permitted." Filing 3 at 2. Consequently, the Court construes the Commissioner's Unopposed Motion to be a request for an extension of time to file its motion for an order affirming the Commissioner's decision. So construed, the Court finds good cause for the requested extension. Accordingly,

1

IT IS ORDERED that the Commissioner's Unopposed Motion for Extension of Time, Filing 15, is granted, and the Commissioner shall have to and including April 12, 2024, to file its Motion for an order affirming the Commissioner's decision.

Dated this 1st day of April, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge