IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BONNIE W.,<br><br>               Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of<br>Social Security,<br><br>               Defendant. | **4:23CV3187**<br><br><br>**ORDER ON PLAINTIFF'S UNOPPOSED<br>MOTION FOR EXTENSION OF TIME** |

This case is before the Court on Plaintiff's Motion to Extend Time. Filing 19. Plaintiff seeks a thirty-day extension from April 24, 2024, to file her reply brief. Filing 19 at 1. Although Plaintiff fails to state good cause for the extension, she does represent that counsel for the Commissioner has no objection to the requested extension. Filing 19 at 1. The Court respectfully requests that in the future counsel comply with applicable local rules and state good cause for the requested extension. Accordingly,

IT IS ORDERED that Plaintiff's Motion to Extend Time, Filing 19, is granted, and the Plaintiff shall have to and including May 24, 2024, to file her reply brief.

Dated this 24th day of April, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1